E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
RYAN C. CHAPMAN (Cal. Bar No. 318595)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2471
    Facsimile: (213) 894-7819
    E-mail: Ryan.Chapman@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARY ELIZABETH BENSON,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; SABAN COMMUNITY CLINIC, a federally supported health center; DELORES KENT M.D.; DOES 1-10 Inclusive,<br><br>    Defendants. | No. 2:23-CV-01360 GW (MARx)<br><br>**NOTICE OF SETTLEMENT**<br><br><br><br>Honorable George H. Wu<br>United States District Judge |

Notice is hereby given that Plaintiff, Mary Elizabeth Benson, and Defendant, United States of America have reached a settlement of this matter. The parties are working to reduce the settlement to writing and will file a stipulation for dismissal with prejudice following the execution of the settlement agreement.

Dated: January 12, 2024

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/Ryan C. Chapman[*]
RYAN C. CHAPMAN
Assistant United States Attorney

Attorneys for Defendant
United States of America

Dated: January 12, 2024

LAW OFFICES OF GREG W. GARROTTO

/s/ Greg W. Garrotto
GREG W. GARROTTO

Attorney for Plaintiff
Mary Elizabeth Benson

---

[*] Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.